# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-356

| | |
|---|---|
| J.J. WOODS, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LITTLE RAPIDS CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Joseph P. McGuire's Application for Admission to Practice *Pro Hac Vice* of Jonathan Smies. It appearing that Jonathan Smies is a member in good standing with the Wisconsin State Bar and will be appearing with Joseph P. McGuire, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Joseph P. McGuire's Application for Admission to Practice Pro Hac Vice (#10) of Jonathan Smies is **GRANTED**,

and that Jonathan Smies is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Joseph P. McGuire.

Signed: December 30, 2016

Dennis L. Howell
United States Magistrate Judge