# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv356

| | |
|---|---|
| M.J. WOODS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LITTLE RAPIDS COPRORATION, ) | |
| ) | |
| Defendant. ) | |

The parties have indicated to the Court that a dispute has arisen as to the terms of a protective order regarding the disclosure of confidential information. After discussions with counsel, the Court **DENIES** the request for a conference with the Court and **DIRECTS** both sides to file briefs, not to exceed five (5) pages, within ten (10) days of the entry of this Order. In addition, both sides should submit their proposed protective orders to the Court. After a review of the briefs and each side's proposed language, the Court will enter the proposed protective order that it deems to be the more reasonable order.

Signed: June 29, 2017

Dennis L. Howell
United States Magistrate Judge



-1-