IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv356

| | |
|---|---|
| **M.J. WOODS, INC.,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **LITTLE RAPIDS COPRORATION,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

Previously, the parties indicated to the Court that a dispute has arisen as to the terms of a protective order regarding the disclosure of confidential information. The Court entered an Order denying their request for a conference and directing the parties to file briefs with the Court (Order, Jun. 29, 2017, ECF No. 19.) In addition, the Court directed both sides to submit their proposed protective orders to the Court. (Id.) As the Court stated in its prior Order, it would review each party's proposed language and then enter the proposed protective order that the Court deemed to be the more reasonable. (Id.)

Upon a review of the parties' briefs and the proposed protective orders, the Court finds that having a second tier of confidential information identified as
-1-

attorneys' eyes only is warranted in this case.  Accordingly, the Court finds that the proposed order submitted by Defendant to be the more reasonable.  The Court **DIRECTS** Defendant to submit its proposed order via cyberclerk so that Court can sign and enter the order.

Signed: August 7, 2017

Dennis L. Howell
United States Magistrate Judge