# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cv 356

| | | |
|---|---|---|
| **M.J. WOODS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| **LITTLE RAPIDS CORPORATION,** | ) | |
| **Defendant.** | ) | |

Pending before the Court is the Motion to Amend the Pretrial Scheduling Order [# 26].  The Parties ask the Court for a forty-five (45) day extension for the remaining deadlines of the Pretrial Order and Case Management Plan.  The Parties ask for these extensions because they have reached a settlement in principle and require additional time to complete the terms of the settlement along with filing a stipulation of dismissal.

Therefore, the Court **GRANTS** the Motion [# 26] in part and **DENIES** the motion in part.  The Court will extend the deadline for dispositive motions to **February 12, 2018**.  The Court will, however, not extend the trial date, which remains **June 4, 2018**.

Signed: December 15, 2017

Dennis L. Howell
United States Magistrate Judge